# EXHIBIT D
## ** SUBMITTED UNDER SEAL **

| | |
|---|---|
| Exhibits to Declaration of Counsel in Support of Opposition to Motion to Dismiss | Case No. C-99-20615 RMW<br>***Bell v. Chappell*** |