*E-FILED - 2/14/12*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Ronald Lee BELL, JR.,<br><br>               Petitioner,<br><br>      v.<br><br>Michael MARTEL,<br>Acting Warden of San Quentin State Prison,<br><br>               Respondent. | Case No. C99-20615<br><br>DEATH-PENALTY CASE<br><br>ORDER EXTENDING TIME FOR FILING OPPOSITION AND REPLY IN RELATION TO RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE |

      The Court is in receipt of the parties' stipulation regarding an extension of time for filing an opposition and reply in relation to respondent's Motion to Motion to Dismiss For Failure To Prosecute And Failure to Comply With Court's Orders.  The Court hereby orders petitioner to file an opposition by February 10, 2012.  Respondent' shall file a reply by February 24, 2012.  The hearing currently scheduled for Friday, March 9, 2012, is vacated.

      IT IS SO ORDERED.

DATED: 2/10/12

                                                     _____<br>
                                                      RONALD M. WHYTE<br>
                                                      United States District Judge