| | |
|---|---|
| MICHAEL SATRIS | KAMALA D. HARRIS |
| State Bar No. 67413 | Attorney General of California |
| MARGARET LITTLEFIELD | DANE R. GILLETTE |
| State Bar No. 110938 | Chief Assistant Attorney General |
| Law Offices of Michael Satris | RONALD S. MATTHIAS |
| Post Office Box 337 | Senior Assistant Attorney General |
| Bolinas, Calif. 94924 | State Bar No. 104684 |
| Tel: (415) 868-9209 | 455 Golden Gate Avenue, Suite 11000 |
| Fax: (415) 868-2658 | San Francisco, CA 94102-7004 |
| Email: satris@sbcglobal.net | Telephone: (415) 703-5858 |
| | Fax: (415) 703-1234 |
| *Attorneys for Petitioner* | E-mail: Ronald.Matthias@doj.ca.gov |
| *Ronald Lee Bell* | |
| | *Attorneys for Respondent and People of the State of California, Real Party in Interest* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE BELL,<br><br>　　Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,<br><br>　　Warden (Acting) of the California State Prison at San Quentin, Respondent. | No. C-99-20615 RMW<br><br>**STIPULATION OF THE PARTIES AND ORDER RE: PETITIONER'S ADMINISTRATIVE MOTION TO FILE AND MAINTAIN EXHIBIT D TO COUNSEL'S DECLARATION IN SUPPORT OF PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS UNDER SEAL.**<br><br>**Hearing Date:** Fri. March 9, 2012<br>**Time:**　　　9:00 a.m.<br>**Courtroom:** No. 6, 4th Floor<br>　　　　　　　San Jose<br><br>**DEATH PENALTY CASE** |

-1-

1   The parties, through their counsel and pursuant to local rules 79-5, 7-11, 7-
2   12, and GO 62 hereby stipulate that copies of medical records submitted as
3   Exhibit D to the Declaration of Counsel in Support of Petitioner's Opposition to
4   the Motion to Dismiss for Failure to Prosecute, shall be filed and maintained
5   under seal.

## DECLARATION OF COUNSEL FOR PETITIONER IN SUPPORT OF ADMINISTRATIVE MOTION AND STIPULATION TO FILE SPECIFIED DOCUMENTS UNDER SEAL

I, Margaret Littlefield, declare under penalty of perjury of the laws of the State of California and the United States of America:

1. I am an attorney appointed by this Court to represent Petitioner Ronald Lee Bell.
2. In conjunction with Petitioner's Opposition to Respondent's Motion to Dismiss for Failure to Prosecute and Failure to Comply With Court's Order, counsel for Petitioner intends to submit a declaration to which Exhibits A through D will be attached.
3. Exhibit D to counsel's declaration consists of copies of San Quentin medical records on petitioner, and I have so represented to opposing counsel.
4. Medical records are the type of document appropriately filed under seal. *See, e.g., Russell v. Lanier,* 404 Fed. Appx. 288, 290 (10th Cir. 2010); *U.S. v. Williams,* 445 F.3d 724, 738 (4th Cir. 2006).
5. Opposing counsel informs me that, based upon my representation to him respecting the content of Exhibit D, he will not object to my request that this Exhibit be submitted for the Court's consideration under seal, albeit with a copy also provided to him.  By so agreeing, opposing counsel does not concede that the information contained in Exhibit D is

-2-

STIPULATION AND ORDER EXTENDING TIME FOR FILING          C-99-20615
OPPOSITION TO MOTION TO DISMISS & REPLY THERETO          *Bell v. Chappell*

1  relevant to any of the issues presented in the pending Motion to Dismiss
2  for Failure to Prosecute and Failure to Comply With the Court's Order.
3  Executed on the 10th of February, 2012, at Bolinas, Marin County,
4  California.

/s/    Margaret Littlefield

## CONCLUSION

Based on the stipulation of the parties and the Declaration of Counsel set forth herein, and for good cause shown, the Court should order that Exhibit D to the Declaration of Counsel in Support of Petitioner's Opposition to the Motion to Dismiss be filed and maintained under seal.

Dated:  February 10, 2012

/s/    Margaret Littlefield

Margaret Littlefield
Attorney for Petitioner Ronald Lee Bell

Dated:  February 10, 2012

/s/    Ronald Matthias

Ronald Matthias
Attorney for Respondent and People of the
State of California, Real Party in Interest

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT EXHIBIT D TO THE DECLARATION OF COUNSEL IN SUPPORT OF PETITIONER'S OPPOSITION TO THE MOTION TO DISMISS BE FILED UNDER SEAL.**

Date: Î⊞J⊞G

*Ronald M. Whyte* (signature)

RONALD M. WHYTE
United States District Judge

-3-

STIPULATION AND ORDER EXTENDING TIME FOR FILING         C-99-20615
OPPOSITION TO MOTION TO DISMISS & REPLY THERETO          *Bell v. Chappell*