*E-FILED - 9/30/13*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Ronald Lee BELL, JR., | Case No. C-99-20615-RMW |
| Petitioner, | DEATH-PENALTY CASE |
| v. | ORDER |
| Kevin CHAPPELL, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

    The parties are hereby directed to file within 45 days a joint statement outlining how this case should be handled and scheduled given petitioner's medical condition. Upon receipt of the statement, the Court will schedule a case management conference, if necessary.

    IT IS SO ORDERED.

DATED: 9/30/13

RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record:

Clerk Mailed to the Following Parties on 9/30/13:

**Ronald L. Bell**
CDCR# C02401
CSP-Tamal
CA State Prison-San Quentin
Tamal, CA 94974

**Roger William Hurt**
Attorney at Law
P.O. Box 98
Stinson Beach, CA 94970

**California Appellate Project**
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Date: 9/30/13     /s/ JG
                  Judge Whyte's Chambers