# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

**Date:** March 26, 2014

**C 99-20615 RMW (LB)**

**Ronald L. Bell** v **Acting Warden Michael Martel, et al.**

Plaintiff Attorney(s):   Margaret J. Littlefield and Michael Satris
Defendant Attorney(s):   Ronald S. Mathias

Deputy Clerk: **LASHANDA SCOTT**

Time: 35 Minutes
Reporter: **FTR: N/A**

**PROCEEDINGS:**                                          **RULING:**

1. Telephonic Settlement Conference                        Matter Held
2.

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Telephonic Scheduling Conference held. Petitioners to contact courtroom deputy, Lashanda Scott on Thursday, March 27, 2014 to schedule an in-person conference for one to two hours.

( ) ORDER TO BE PREPARED BY:   Plntf_____  Deft_____  Court__

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Notes: