# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**Magistrate Judge LAUREL BEELER**

**Date:** July 1, 2014

**C 99-20615 RMW (LB)**

**Ronald L. Bell v Acting Warden Michael Martel, et al.**

Plaintiff Attorney(s):   Margaret J. Littlefield and Michael Satris
Defendant Attorney(s):   Ronald S. Mathias and Glenn R. Pruden

Deputy Clerk: **LASHANDA SCOTT**       Time: 3 Hours and 30 Minutes
                                       Reporter: N/A

**PROCEEDINGS:**                                            **RULING:**

1. Settlement Conference                                     Matter Held
2.

(  ) Status Conference    (  ) P/T Conference    (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Settlement conference held.  Respondents to provide update to court and parties regarding timing re CDCR by July 15 and may do so by informal email to the orders box at lbpo@cand.uscourts.gov.  Counsel thereafter to confer and either update the court about the timing or, if they cannot agree, schedule a follow up call (either separately or joint) by calling courtroom deputy Lashanda Scott at 415-522-3140 or by emailing lbpo@cand.uscourts.gov.  To keep the matter from falling through the cracks, the court sets a telephone conference call for July 22, 2014 at 4:00 p.m.

(   ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court__

(   ) Referred to Magistrate For:

(   ) CASE CONTINUED TO_____   for_____

Notes: