MICHAEL SATRIS, SBN 67413
MARGARET LITTLEFIELD
SBN 110938
Law Office of Michael Satris
Tel: (415) 868-9209
Fax: (415) 868-2658
Email: satris@sbcglobal.net

Attorneys for Petitioner
Ronald Lee Bell

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD LEE BELL,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,<br>    Warden of the California<br>    State Prison at San Quentin,<br>    Respondent. | No. C-99-20615 RMW<br><br>(*Under referral to Magistrate Judge Laurel Beeler for ADR settlement purposes*)<br><br>**ORDER TO PROVIDE COPIES OF PETITIONER'S MEDICAL & PSYCHIATRIC RECORDS.**<br><br><u>**DEATH PENALTY CASE**</u> |

**FOR GOOD CAUSE SHOWN**, it is herby ordered that, within 15 days, Respondent Warden, if necessary via the current custodian of Petitioner's medical/psychiatric records at the California State Prison, Corcoran, provide to counsel for Petitioner a copy of the complete California Department of Corrections and Rehabilitation (CDCR) medical and psychiatric records for Petitioner Ronald Lee Bell, CDC # C-02401, from April 1, 2008, through the present. The address for counsel for Petitioner is set forth at the top of this order.

1  Should there be any cost the CDCR shall promptly notify counsel for
2  Petitioner who shall remit the requisite payment.

3  Date: August 28, 2014

_____
Laurel Beeler
United States Magistrate Judge

Approved as to form:

*/s/   Ronald S. Matthias*
RONALD S. MATTHIAS
Senior Assistant Attorney General
Counsel for Respondent